UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODIN NORDHEIM,<br><br>        Plaintiff,<br><br>   v.<br><br>EOIR,<br><br>        Defendant. | Case No. 25-cv-08649-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Trina L. Thompson for consideration of whether the case is related to C-25-4701 TLT.

**IT IS SO ORDERED.**

Dated: November 5, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge